United States District Court
Southern District of Texas
**ENTERED**
August 31, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARLO HOWARD, et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | No. 4:13-cv-1672 |
| JOHN MOORE, LP, et al., | § § § | |
| *Defendants*. | § | |

### ORDER APPROVING SETTLEMENT & DISMISSING CASE
### <u>WITH PREJUDICE</u>

Plaintiff Marlo Howard, individually and on behalf of all others similarly situated, ("Plaintiff") filed this case on June 7, 2013. In his original complaint, he claimed that Defendants John Moore, LP and John Moore Services, Inc. ("Defendants") violated the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201-219 ("FLSA"). Ultimately, including the named Plaintiff, forty-seven (47) current or former employees of Defendants consented in writing to be part of this lawsuit and currently remain parties to this suit. Defendants denied the allegations as to the Plaintiff and each of the Opt-in Plaintiffs, and the parties have engaged in extensive discovery in this case. Based on the record, the Court finds that this case presents a bona fide dispute under the FLSA.

Following mediation and continued settlement negotiations, the parties reached a settlement. The Court finds that the settlement was reached after discovery and arms-length negotiations. Further, the Court finds and concludes that the settlement is fair, adequate, and provides reasonable compensation to each Plaintiff bound by the

settlement. The Court also finds and concludes that the attorney's fees, expenses and costs are fair and reasonable for the work expended on this matter.

The settlement is **APPROVED** and this case is **DISMISSED** with prejudice.

**SIGNED** this 31 day of August in the year 2016 at Houston, Texas.

_____
Gray H. Miller
United States District Judge